# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
SR. DEPUTY CHIEF PROBATION OFFICER

**MAUREEN KELLY**
DEPUTY CHIEF PROBATION OFFICER

**SUSAN M. SMALLEY**
DEPUTY CHIEF PROBATION OFFICER

March 24, 2017

**U.S. COURTHOUSE**
**50 WALNUT ST.**
**ROOM 1001**
**NEWARK, NJ  07102**
**(973) 645-6161**
**FAX: (973) 645-2155**

www.njp.uscourts.gov

The Honorable Katharine S. Hayden
Senior United States District Judge
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: **SINGLETON, TAQUAN**
**Docket # 10-00194-001**
**Report on Offender Under Supervision**

Dear Judge Hayden:

The above referenced individual was sentenced on June 23, 2010, by the Honorable Faith S. Hochberg, United States District Judge, as a result of his conviction for Distribute and Possess with Intent to Distribute Cocaine Base. The offender was sentenced to 33 months imprisonment followed by 36 months supervised release with special conditions of Substance Abuse Testing/Treatment and Gang Restriction.

On June 8, 2015, the case was re-assigned to the Honorable Katharine S. Hayden.

The offender was released from the Bureau of Prisons on April 29, 2015.  Over the course of the supervision, the offender has resided in Essex County, New Jersey.  He is currently living with his girlfriend, Sharonda Jennings, and her mother, Sharon Jennings.  The offender has maintained stable employment through Hello Fresh.

The purpose of this letter is to notify Your Honor of the offender's recent positive test for marijuana and request no action be taken against the offender at this time.  A verbal reprimand was given to the offender and this notice to the Court will serve as an official reprimand for him. The offender has made a positive adjustment to supervision and does not have any other violations of supervised release.  Subsequent urine testing has been negative.  In addition, the probation office will increase the frequency of personal contacts and urine testing.

Prob 12A – page 2
Taquan Singleton

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other Request for Status Conference on 4/13/17 at 2:00pm.

_____
Signature of Judicial Officer

2/27/17
_____
Date